149 So. 924

## Watt T. BROWN v. J. A. CLEERE pro Ami.
### 6 Div. 519.

Court of Appeals of Alabama.
July 20, 1933.

Bowers & Dixon, of Birmingham, for appellant.

J. P. Mudd, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by consent.

143 So. 925

## Joe BROWN v. STATE.
### 7 Div. 872.

Court of Appeals of Alabama.
June 14, 1932.

Rehearing Denied June 30, 1932.

Cockrell & Riddle, of Talladega, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

139 So. 912

## John BROWN v. STATE.
### 8 Div. 357.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

139 So. 912

## John BROWN v. STATE.
### 7 Div. 812.

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Appeal dismissed.

143 So. 926

## Louise BROWN v. STATE.
### 1 Div. 66.

Court of Appeals of Alabama.
Aug. 8, 1932.

PER CURIAM.
Appeal dismissed by appellant.

148 So. 916

## Bankston BRYANT v. STATE.
### 6 Div. 486.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Affirmed.

148 So. 916.

## Bill BRYANT, alias, v. STATE.
### 7 Div. 968.

Court of Appeals of Alabama.
June 6, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.